IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOORISH SCIENCE TEMPLE
OF AMERICA, EX REL. and
AARON HUNTER EL, also
known as Aaron D. Hunter,                                            Case No.  20-cv-86-bbc

      Petitioners,

  v.

UNITED STATES,

      Respondent.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered denying Aaron D. Hunter El's petition for a writ of habeas corpus under 28 U.S.C. § 2241 dismissing this case.

| /s/ | 4/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |