Seventh Circuit Court of Appeals
Moorish Science Temple of America, Ex Rel.
Sheik Aaron Hunter EL

v

United States

No. 20-cv-86-bbc

## NOTICE OF APPEAL

This is an appeal as of <u>Statutory Right</u>! Petitioner raised <u>two-(2)</u> <u>Statutory Grounds</u> (laws of the united states of america) and neither was addressed by the Court. The Statute used to invoke the Court's jurisdiction is a personal statute, and does <u>NOT</u> require a "Certificate of Appealability"! The <u>attached</u> "Court Order" is <u>NOT</u> signed by the Judge NOR Clerk of Court!

When administering or enforcing statutes, a judge does <u>NOT</u> act judicially BUT, <u>ministerially</u>!

NOTICE: As of 5-9-2020, petitioner's <u>new mailing address</u> is: Sheik Aaron Hunter EL, Rock Valley Community Program RRC, 203 West Sunny Lane Road, Janesville, WI. 53546

by: Sheik Aaron Hunter EL
/s/ Moorish Science Temple of America
Moorish Science Temple of America

4-23-2020
Date